IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WARFIELD THEATER, LLC, | No | C-05-4150 VRW |
|     Plaintiff, | | ORDER |
|     v | | |
| BILL GRAHAM PRESENTS, INC, et al, | | |
|     Defendants. | | |

Plaintiff's application for a temporary restraining order (Doc #5) is DENIED for lack of showing of irreparable injury/ balance of hardships. The parties are scheduled to appear before the undersigned on February 9, 2006, for a hearing on defendants' motion to dismiss. At the hearing, the parties should also be prepared for a CMC and trial setting.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge