1  Scott D. Baker (SBN 84923)
   Stuart A. Shanus (SBN 188046)
2  Adaline J. Hilgard (SBN 173213)
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA  94120-7936
6
   Telephone:   415.543.8700
7  Facsimile:   415.391.8269

8  E-mail: sbaker@reedsmith.com
   E-mail: sshanus@reedsmith.com
9  E-mail: ahilgard@reedsmith.com

10 Attorneys for Defendants
   Bill Graham Presents, Inc. and AKG, Inc.
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN FRANCISCO DIVISION
14

15 | WARFIELD THEATER, LLC, a limited liability | Case No. C-05-4150 VRW
     corporation,
16 |                                           | **STIPULATION AND PROPOSED ORDER
                  Plaintiff,                     RE CONTINUATION OF HEARING DATE
17 |        vs.                                  ON MOTION TO DISMISS PLAINTIFF'S
                                                 COMPLAINT**
18 | BILL GRAHAM PRESENTS, INC., a
     corporation, and AKG, INC., a corporation, | Date:  February 9, 2006
19 |                                             | Time:  2:00 p.m.
                                                 | Place: Courtroom 6, 17th Floor
20 |              Defendants.

GRANTED
[signature]
Judge Vaughn R Walker

28 Dated: January 17, 2006

The parties, through their undersigned counsel, hereby stipulate to the following:

1. Defendants Bill Graham Presents, Inc. and AKG, Inc.'s Motion to Dismiss is currently scheduled for hearing on February 9, 2006, at 2:00 p.m.

2. The parties have reached a settlement in principle in this Action, and are in the process of documenting their settlement.

3. Therefore, the parties stipulate to continue the hearing on Defendants' Motion to Dismiss until March 9, 2006 at 2:00 p.m. in order to provide time for the parties to document their settlement.

Dated: January 10, 2006

REED SMITH, LLP

/s/
Adaline J. Hilgard
Counsel for Bill Graham Presents, Inc.
and AKG, Inc.

Dated: January 10, 2006

GONZALEZ & LEIGH, LLP

Rita Hao / by AJH
Rita Hao
Counsel for Warfield Theatre, LLC

[PROPOSED] ORDER

Pursuant to Stipulation, it is so Ordered.

Dated:

United States District Judge