MATT GONZALEZ (SBN 153486
G. WHITNEY LEIGH (SBN 153457)
NIMA NAMI (SBN 183042)
BRYAN W. VERESCHAGIN (SBN 188608)
RITA A. HAO (SBN 191693)
JUAN ENRIQUE PEARCE (SBN 236228)
GONZALEZ & LEIGH LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 217-3200
Facsimile:  (415) 217-3201

Attorneys for Plaintiffs
WARFIELD THEATER LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WARFIELD THEATER, L.L.C., a limited liability corporation,<br><br>                         Plaintiff,<br><br>        v.<br><br>BILL GRAHAM PRESENTS, a corporation, and AKG, INC., a corporation,<br><br>                         Defendants. | CASE NO. C-05-4150 VRW<br><br>**NOTICE OF DISMISSAL OF ACTION** |

IT IS SO ORDERED

Judge Vaughn R Walker

Dated: Jan. 31, 2006

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1) and the parties'

settlement agreement, plaintiff hereby dismisses the above-captioned case, with prejudice.

GONZALEZ & LEIGH, LLP

DATED:  January 30, 2006

By: _____
Rita A. Hao
Attorneys for Plaintiff
WARFIELD THEATER LLC